Chasity J. BRANDON (Resa), Appellant,

v.

Carry L. BRANDON, Respondent.

No. WD 73933.

Missouri Court of Appeals, Western District.

Feb. 28, 2012.

Tina Luper, Sedalia, MO, for Appellant.

Myron McNeal, Sedalia, MO, for Respondent.

Before JAMES M. SMART, JR., P.J., VICTOR C. HOWARD, and JAMES EDWARD WELSH, JJ.

## ORDER

PER CURIAM:

Chasity J. Brandon (Rasa) appeals the circuit court's judgment granting Carry L. Brandon joint physical custody of the couple's son in a dissolution action. We affirm. Rule 84.16(b).